**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Francisco CORTES–ACOSTA, a.k.a.**
**Francisco Cortez–Acosta,**
**Defendant–Appellant.**

**No. 11–13566**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 7, 2012.

Anne R. Schultz, Monique Botero, Wifredo A. Ferrer, U.S. Attorney, William C. Healy, Kurt K. Lunkenheimer, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Miguel Caridad, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Francisco Cortes–Acosta, Miami, FL, pro se.

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Miguel Caridad, appointed counsel for Francisco Virgilio Cortez–Acosta in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cortez–Acosta's convictions and sentences are **AFFIRMED.**